

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LLOYD W. McCLEAN,

                            Plaintiff,                    06 CV 3801 (SJ)

    - against -                                 **ORDER**

PAMELA BLAKE, et al.,

                            Defendants.
-----------------------------------------------------------------X

APPEARANCES:

Wilmer Hill Grier
603 Jefferson Avenue
Brooklyn, NY 11221
By: Wilmer Hill Grier

Buchanan Ingersoll PC
One Chase Manhattan Plaza
35th Floor
New York, NY 10005
By: Timothy J. Fierst

HSBC Bank USA, National Association
425 Fifth Avenue
7th Floor
New York, NY 10018
By: Meredith Leigh Friedman

Rosner Nocera & Ragone, LLP
40 Wall Street, 24th Flr.
Holtzville, NY 11782
By: John P. Foudy

JOHNSON, Senior District Judge:

      Before the Court is a Report and Recommendation (the "Report"), prepared by

Magistrate Judge Steven M. Gold. Judge Gold filed the Report on December 21, 2006, and provided the parties with the requisite amount of time to file any objections. No objections have been filed.

A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. § 636(b)(1). Within 10 days of service of the recommendation, any party may file written objections to the magistrate's report. Id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. Id. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985).

As mentioned, no objections were filed within the allotted time period. Upon review, the Court adopts and affirms the Report. The action is dismissed in its entirety.

The Clerk of the Court is directed to close the case.

SO ORDERED.

Dated: January 16, 2007
Brooklyn, NY

/s/(SJ)
───────────────────────
STERLING JOHNSON, JR.
Senior United States District Judge